Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132889)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

Stephen George Preonas
Katzoff and Riggs LLP
1500 Park Avenue Suite 300
Emeryville, CA 94608
510-597-1990
Fax: 510-597-0295
Email: spreonas@katzoffriggs.com

Attorneys for the Defendant
REST BEST, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>            Plaintiff,<br><br>v.<br><br><br>RED LION INN AND SUITES, a business of unknown form; REST BEST, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-02439-AB-SHK<br><br> Hon. Judge Andre Birotte, Jr.<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 19, 2018<br>Trial Date: None |

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

**TO THE COURT AND ALL PARTIES:**

It is hereby stipulated that Plaintiff JAMES RUTHERFORD ("Plaintiff") and REST BEST, LLC ("Defendant") agree, pursuant to Fed. R. Civ. Proc. 15(a)(2) and L.R. 15-1 through 15-3, to amend the complaint.

"The court should freely give leave when justice so requires." The Ninth Circuit requires that this policy favoring amendment be applied with "extreme liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

The proposed First Amended Complaint replaces the name of Defendant "Rest Best, LLC" with the name "Best Rest, LLC."  No other changes are made in the proposed First Amended Complaint.

The Parties hereby stipulate and agree pursuant, by and through their undersigned counsel, that the Court may enter an Order:

1.      Granting Plaintiff leave to amend to file his First Amended Complaint, which is attached as **Exhibit A**; and

2.      That Plaintiff will dismiss without prejudice Defendant Rest Best, LLC within fourteen days of the First Amended Complaint being filed.

Respectfully submitted,

Dated: January 17, 2019          **MANNING LAW, APC**

By:  /s/ *Joseph R. Manning Jr.*
      Joseph R. Manning Jr., Esq.
      Attorneys for Plaintiff
      JAMES RUTHERFORD

1

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

1
2

Dated: January 17, 2019

3

4

By: */s/ Gina Young Pak*

5

Gina Young Pak
Attorney for Defendant
REST BEST, LLC

6

7

8

## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

9

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do

10

attest that all signatories listed, and on whose behalf the filing is submitted, concur

11

in the filing's content and have authorized the filing.

12

13

DATED: January 18, 2018                    By: */s/ Joseph R. Manning, Jr.*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**