# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>      Plaintiff,<br><br>v.<br><br><br>RED LION INN AND SUITES, a business of unknown form; REST BEST, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: 5:18-cv-02439-AB-SHK<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Upon considering the joint stipulation to file a First Amended Complaint:

IT IS HEREBY ORDERED THAT Plaintiff is granted leave to file a First Amended Complaint within 3 days of the issuance of this order.

DATED:   January 22, 2019 __    _____

                                       Honorable André Birotte Jr.
                                       United States District Court