Name, Address and Telephone Number of Attorney(s):

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| v.  Plaintiff(s) | |
| Defendant(s). | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____        _____
                                     Attorney For Plaintiff   _____

Dated: _____        _____
                                     Attorney For Plaintiff   _____

Dated: _____        _____
                                     Attorney For Defendant  _____

Dated: _____        _____
                                     Attorney For Defendant  _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)            **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**