JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, | Case No. ED CV 18-02439-AB (SHKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| RED LION INN AND SUITES, et al., | |
| Defendant. | |

THE COURT has been advised by the mediator that this action has been settled.

The Court ORDERS that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 7, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE